HENRY REINARTZ, as Administrator, etc., Respondent, v. E. FRANK BREWSTER, Appellant. Judgment and order reversed and new trial granted, with costs to appellant to abide event. Held, that the trial court erred in admitting the evidence of the declarations of the defendant's manager as to the use of the elevator by the plaintiff's intestate prior to the accident. All concurred.

WILLIAM E. KLING, Respondent, v. GOTTLIEB H. TOBIAS, Appellant. — Judgment and order reversed, with costs, and complaint dismissed, with costs. Held, there is a failure of proof that the person served with notice under the Stock Corporation Law (§ 69) was the treasurer or financial officer of the corporation at the time of service of the notice. 2. The proof shows that the plaintiff was not a stockholder in the corporation. (See *Hapgoods* v. *Lusch*, *No. 1*, 123 App. Div. 23.) All concurred.

HERE SOPPE and Another, Respondents, v. GEORGE CHRISTO, Appellant. — Judgment affirmed, with costs. All concurred.

MICHAEL FLIS, Plaintiff, v. ERIE RAILROAD COMPANY, Defendant. — Plaintiff's exceptions overruled, motion for new trial denied, with costs, and judgment directed for the defendant upon the nonsuit, with costs. All concurred.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. WILLIAM T. JORDAN, Appellant, v. WILLIAM W. WOTHERSPOON, as Superintendent of Public Works of the State of New York, Respondent. — Motion to dismiss appeal denied. Order affirmed, without costs. All concurred.

FLORIAN SINGER, Appellant, v. CHARLES W. ZIEGLER, Respondent. — Judgment affirmed, with costs. All concurred.

JOHN C. COLLINS, Respondent, v. MARGARET SEEBALD and Others, Appellants. — Judgment affirmed, with costs. All concurred.

JENNIE A. LANE, Appellant, v. CONRAD SCHMIDT, Respondent. — Order affirmed, with ten dollars costs and disbursements. All concurred.

GEORGE D. ERNEST, Respondent, v. MORRIS M. OLANOFF, Appellant, Impleaded with Others. — Judgment affirmed, with costs. All concurred.

CHARLES F. MOREY and Others, Doing Business under the Name of MOREY & CO., Appellants, v. FOSTER BOXBOARD COMPANY, Respondent. — Judgment and order affirmed, with costs. All concurred; DeAngelis, J., not sitting.

MARGARET COURSEY, Respondent, v. GENEVA MINERAL SPRINGS COMPANY, LTD., Appellant, Impleaded with Others. — Judgment and order affirmed, with costs. All concurred.

ROSE KLEE, Respondent, v. HENRY C. KLEE, Appellant. — Judgment affirmed, with costs. All concurred.